**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

ALVIN S. KANOFSKY,  : No. 438 MAL 2018
:
    Petitioner :
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
    v. :
:
:
:
CITY OF BETHLEHEM, :
:
    Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of January, 2019, the Petition for Allowance of Appeal is **DENIED**.